# CHAPTER 13 TRUSTEE'S FIRST MEETING OF CREDITORS QUESTIONNAIRE

THIS FORM MUST BE COMPLETED, SIGNED AND RETURNED BY EACH DEBTOR TO THE TRUSTEE AT LEAST A WEEK PRIOR TO THE DATE AND TIME SET FOR THE MEETING OF CREDITORS

ne: **COLLEEN JANE RYAN** Case No. **26-04230-NK3-13**

341 Date: **10/08/2026 11:00 am**

Is your current mailing address? Yes ✓ No ____

**314 CHURCH ST 21, HARTSVILLE, TN 37074**

**If your address is not correctly listed, indicate your correct mailing address:**

______________________________

______________________________

lb 10/5/2026

**Email address:** ______________________________

What is your current phone number?

Home phone: (857)244-4033 Cell phone: (857)244-4033

Do you have a domestic support obligation **YOU HAVE TO PAY** such as child support, or alimony? Yes ____ No ✓

If yes, please provide the following :

Claimant's name (person you owe): ______________________________

Address: ______________________________

Payment amount: $ ______________________________

When will your obligation to pay end? ______________________________

If yes, are you current on your domestic support obligation payments since filing your Chapter 13 case? Yes ____ No ____

. Have you filed all required tax returns for the past four years? Yes ✓ No ____

**Not required to file a tax return** ____

If no, why not and identify the specific years: ______________________________

5. Have you previously filed bankruptcy? Yes ____ No ✓

If yes, under what chapter did you file, when did you file, where did you file and state if you received a discharge? ______________________________

6. Are you currently employed at: Yes ✓ No ____

CoreCivic

If you have had a change in employment since filing your Chapter 13 case-

| | |
|---|---|
| Name & address of new employer | CoreCivic<br>140 Macon way<br>Hortsville, TN 37074 |
| New monthly income amount | $ 3,939 |

How often are you paid ? Weekly ____ Every two weeks _CR_ Semi-Monthly ____ Monthly ____

| | |
|---|---|
| Did you personally read and then sign the petition, schedules, statements and related documents? | Yes _CR_ No ____ |
| Is the signature on the petition and the schedules your own? | Yes _CR_ No ____ |
| Did you list everyone you owe money to in your schedules and statements? | Yes _CR_ No ____ |
| Did you list everything you own in your schedules and statements? | Yes _CR_ No ____ |
| I have reviewed my budget today. The budget is accurate and I can live on this budget. | Yes _CR_ No ____ |
| Do you have a lawsuit or potential lawsuit against any person or company? | Yes ____ No _CR_ |

4. Identify the attorney or other individual with whom you determined which chapter to file under. Lefkovitz, Jay

Identify the attorney or other individual who assisted you in the preparation of your Chapter 13 plan. Lefkovitz, Jay

| | |
|---|---|
| 15. I certify that I watched the Discharge Video found at www.ch13nsh.com. | Yes _CR_ No ____ |
| I certify that I watched the First Meeting of Creditors video found at www.ch13nsh.com. | Yes _CR_ No ____ |
| I certify that I watched the Introductory Video found at www.ch13nsh.com. | Yes _CR_ No ____ |
| I certify that I read the Red Book. | Yes _CR_ No ____ |
| I acknowledge that I am prohibited from personally recording my 341 MOC. | Yes _CR_ No ____ |

ECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS MADE HEREIN ARE TRUE AND CORRECT.

10/1/26
Date

[signature]
Debtor's Signature

Jay Lefkovitz
Debtor's Attorney

COLLEEN JANE RYAN

**For Trustee Use Only**

**Tax Return received** ______

**Pay Advices received** ______

nted: September 09, 2026 1:37 pm

vers.06.09